# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Chris Jones, | Case No.: 2:24-cv-01556-CDS-BNW |
|     Petitioner | Order Instructing Petitioner to File an IFP Application or Pay the Filing Fee |
| v. | |
| State of Nevada, et al., | [ECF No. 1] |
|     Respondents | |

Petitioner Chris Jones, a pro se Nevada prisoner, has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an application for leave to proceed *in forma pauperis* ("IFP").

Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

Jones has until October 15, 2024, to either pay the $5 filing fee or submit a complete IFP application with all required documentation.

## Conclusion

It is therefore ordered that the initial screening of the petition for writ of habeas corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases is deferred until such time as Jones has fully complied with this order.

The Clerk of Court is instructed to send Jones (1) a blank form IFP application for incarcerated litigants along with instructions, and (2) a copy of this order.

It is further ordered that by October 15, 2024, Jones must file an IFP application that includes a: (a) financial certificate signed by Jones and an authorized prison official, (b) financial declaration and acknowledgement signed by Jones, and (c) copy of Jones's inmate account statement for the six-month period prior to filing. Alternatively, Jones must pay the $5 filing fee by October 15, 2024. If Jones decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee.

It is further ordered that Jones's failure to comply with this order by October 15, 2024, by either submitting a complete IFP application, or paying the filing fee will result in the dismissal of this action without prejudice and without further notice.

Dated: August 29, 2024

_____
Cristina D. Silva
United States District Judge